# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

THE PRUDENTIAL REAL ESTATE
AFFILIATES, INC,

            Plaintiff,

-vs-                                            Case No.  8:04-cv-988-T-24TBM

STEVEN S. OEHLERKING, and,
BARBARA OEHLERKING

            Defendants.

_____/

## ORDER

This cause comes before the Court on Defendants' Suggestion of Bankruptcy (Doc. No. 24)[1], which states that Defendants filed a petition for bankruptcy under Chapter 7 in the United States Bankruptcy Court, Middle District of Florida, Docket No. 8:05-bk-07476-KRM, on April 18, 2005.  Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Pursuant to the provisions of 11 U.S.C. § 362, this case is automatically **STAYED**;

(2) The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case;

(3) Plaintiff may reinstate this case to active status upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by

---

[1] The Court considers Defendants, Steve S. Oehlerking and Barbara J. Oehlerking as proceeding pro se (Doc. No. 20).  It is unclear to this Court whether Herbert R. Donica, who filed the Suggestion of Bankruptcy, intends to represent Defendants in this matter or is representing Defendants in the bankruptcy proceedings.

those proceedings; if this suit is resolved by the bankruptcy proceedings, Plaintiff shall promptly move for dismissal of this case; and

(4) Plaintiff is directed to file and serve, on or before August 12, 2005, and every six months thereafter, a status report regarding the Defendants' bankruptcy proceedings.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of May, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Defendants