# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

THE PRUDENTIAL REAL ESTATE
AFFILIATES, INC,

        Plaintiff,

-vs-                                      Case No. 8:04-cv-988-T-24TBM

STEVEN S. OEHLERKING, and,
BARBARA OEHLERKING

        Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. No. 29). Plaintiff requests that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED**. The clerk is directed to close this case and terminate any pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of August, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record
Pro Se Defendants